[No. 9109–3–I.   Division One.   December 14, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. LOUIS
D. SAPP, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00438–3, Francis E. Holman, J., entered
July 16, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 8717–7–I.   Division One.   December 14, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK
NATHANIEL CUNNINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–02145–4, Carolyn R. Dimmick, J.,
entered March 19, 1980. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Durham and Corbett, JJ.

[No. 4060–7–III.   Division Three.   December 15, 1981.]

KENT LEE WENKHEIMER, *Appellant,* v. KAREN
SUE WENKHEIMER, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 80–3–00458–0, John J. Lally, J.,
entered July 3, 1980. *Affirmed* by unpublished opinion per
Green, J., concurred in by McInturff, C.J., and Roe, J.